IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEORGE DALYN HOUSER, | ) | Case No. 10-43407-MGD |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served the following person(s) with a true, correct and complete copy of the foregoing

1. **APPLICATION FOR AN ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION OF ALSTON & BIRD LLP AS COUNSEL TO TRACELY L. MONTZ, THE CHAPTER 7 TRUSTEE**

2. **EXECUTED DECLARATION OD DENNIS J. CONNOLLY**

3. **EXECUTED STATEMENT OF ATTORNEY COMPENSATION**

4. **PROPOSED ORDER**

by depositing same in the United States mail, with sufficient postage affixed thereon, properly addressed to:

George M. Geeslin
Eight Piedmont Center, Suite 550
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1565

George D. Houser
550 Hammond Drive, NE
Sandy Springs, GA 30328

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Spring Street, SW
Atlanta, GA 30303

Garett Backman
2870 Peachtree Rd., Box 998
Atlanta, GA 30305

Elaine N. Brasch
255 Walhalla Court
Atlanta, GA 30350

Gerald Sachs
Assistant United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

Sally Quillian Yates
United States Attorney
600 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

Douglas J. Davis
Robert D'Agastino
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road
Suite 200
Atlanta, GA 30350

Richard W. Wolfe
Suite 202
3100 Five Forks Trickum Road
Lilburn, GA 30047

Gary W. Marsh
McKenna Long & Aldridge LLP
One Peachtree Center
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Brian R. Cahn, Attorney
Perrotta, Cahn & Prieto, P.C.
5 South Public Square
Cartersville, GA 30120

**[SIGNATURE CONTINUED ON NEXT PAGE]**

This 8th day of April

/s/ John C. Pennington
John C. Pennington

John C. Pennington, P.C.
P.O. Box 275
Helen, GA 30545
(706) 878-0033