UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GEORGE DALYN HOUSER, | ) | Case No. 10-43407-MGD |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served copies of the **"Motion of Chapter 7 Trustee for Order Authorizing Examination of Roswell Holdings Mortgage, LLC and Roswell Holdings, LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure"** by depositing said copies in the United States mail, with adequate first class postage affixed thereon, properly addressed to the parties listed on the attached Exhibit "A."

This 6th day of July, 2011.

ALSTON & BIRD, LLP

/s/ Dennis J. Connolly
Dennis J. Connolly
Georgia Bar No. 182275
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel to Tracey L. Montz, Chapter 7 Trustee*

## **EXHIBIT A**

| | |
|---|---|
| George Dalyn Houser<br>110 Cross Roads Court<br>Sandy Springs, GA 30327 | George M. Geeslin<br>Eight Piedmont Center<br>3525 Piedmont Road, N.E.<br>Suite 550<br>Atlanta, GA 30305 |
| Martin P. Ochs<br>Office of the U.S. Trustee<br>362 Richard Russell Federal Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303 | Brian Cahn<br>Michael A. Prieto<br>Perrotta, Cahn & Prieto, P.C.<br>5 South Public Square<br>Cartersville, GA 30120 |
| Gary W. Marsh<br>McKenna Long & Aldridge LLP<br>One Peachtree Center<br>303 Peachtree Street<br>Suite 5300<br>Atlanta, GA 30308 | Garett Backman<br>2870 Peachtree Road, Box 998<br>Atlanta, GA 30305 |
| Elaine N. Brasch<br>FSB Fisherbroyles, LLP<br>255 Walhalla Court<br>Atlanta, GA 30350 | Gerald Sachs<br>Assistant United States Attorney<br>600 Richard B. Russell Federal Bldg<br>75 Spring Street, SW<br>Atlanta, GA 30303 |
| Douglas J. Davis<br>Robert D"Agastino<br>Belli, Weil, Grozbean & Davis, LLP<br>8010 Roswell Road<br>Suite 200<br>Atlanta, GA 30350 | Richard W. Wolfe<br>3100 Five Forks Trickum Road<br>Suite 202<br>Lilburn, GA 30047 |
| David W. Cranshaw<br>Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326 | Holland & Knight, LLP<br>Collections Department<br>1201 West Peachtree Street, N.E.<br>Atlanta, GA 30309 |
| Jacqueline Kydd<br>The Kydd Group, Ltd.<br>P.O. box 390689<br>Minneapolis, MN 55409 | Richard S. Rose<br>1561 Virginia Avenue<br>3250 Atlanta Plaza<br>Atlanta, GA 30337 |

| | |
|---|---|
| Wayne Lazarus<br>c/o Stokes, Lazarus & Carmichael, LLP<br>80 Peachtree Park Drive<br>Atlanta, GA 30328 | Georgia Power Company<br>351 Ralph McGill Boulevard, NE<br>Atlanta, GA 30308 |
| Matthews Garage<br>18 Pinson Drive<br>Cartersville, GA 30120 | |

- 2 -